AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

Alan DeJesus - Quinones CASE NUMBER: CR-06-130-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alan DeJesus - Quinones

I certify that I am admitted to practice in this court.

11/20/06
*Date*

Walter R Stone
*Signature*

Walter R Stone
*Print Name* *Bar Number*

One Citizens Plaza
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-274-7200 x247 351-4607
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.