1253653

RECEIVED
NOV 15 2006
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ALAN DEJESUS-QUINONES

**WARRANT FOR ARREST**

CASE NUMBER: CR06-130-02S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALAN DEJESUS-QUINONES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of
Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B) AND 18:2

JEANNINE NOEL
Name of Issuing Officer

J. Noel
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

November 15, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/15/2006 | JOHN CINQUEGRANA | [signature] |
| DATE OF ARREST 11/20/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.