AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR/06-130-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for alan Quinones-De Jesus

12-19-06
Date

[signature]
Signature

JOHN M CICILLINE
Print Name

387 atwells ave
Address

Prov R.I. 02903
City State Zip Code

273-5600
Phone Number