UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 06-130-01S |
| | : | |
| JEFFRA DEJESUS AND | : | |
| ALAN QUINONES DEJESUS | : | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Walter R. Stone hereby withdraws his appearance as counsel for Alan Quinones DeJesus on the grounds that John M. Cicilline has entered his appearance on behalf of the above-named defendant in this matter.

DEFENDANT
ALAN QUINONES DEJESUS
By his attorneys,

/s/ Walter R. Stone
WALTER R. STONE, #1649
wstone@apslaw.com
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607
Dated: January 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I did send a true copy of the within Notice of Withdrawal of Appearance **by electronic means (ECF)** to the following attorneys of record: Sandra M. Beckner, Esq., Karen Miszkiewicz, Esq., Libana Steele, Esq., Paulette Gamache, Esq., John M. Cicilline, Esq., and Anthony M. Traini, Esq. as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Walter R. Stone__________

*404241_1.doc*