**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-130-02 S** |
| | : | |
| **ALAN DEJESUS-QUINONES** | : | **March 1, 2007** |

## MOTION TO CONTINUE

Now comes the defendant Alan Dejesus-Quinones, in the above-entitled cause and moves for a continuance of the March 6, 2007 empanelment date and for reason says:

1. That the defendant is expected to enter a plea of the charges.

WHEREFORE he moves that his empanelment date be continued until the April Trial Calendar Call.

Respectfully submitted,
Alan Dejesus-Quinones,
By his attorney,

/s/ *JOHN M. CICILLINE*
John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on March 01, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*