IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-130-02S |
| | ) | |
| ALAN DEJESUS-QUINONES | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO DISMISS

Pursuant to Fed. R. Cr. P. 48(a), the United States of America, without objection from the defendant, moves the Court to dismiss Count One of the Indictment with prejudice as it applies to Defendant Alan DeJesus-Quinones. The defendant pled guilty to state charges arising from the incident underlying the charges in this case. As a result of his plea, the defendant was sentenced to 10 years imprisonment, with two years to serve. Accordingly, the government respectfully requests that the Court dismiss Count One of the Indictment as it relates to Defendant Alan DeJesus-Quinones.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on April 4, 2007, a copy of the within "Motion to Dismiss" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. John M. Cicilline
Attorney at Law
387 Atwells Avenue
Providence, Rhode Island 02909

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj